**E-filed 6/26/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHENG HUANG,<br><br>            Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;<br>EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services;<br>ROBERT DIVINE, Acting Deputy Director of U.S. Citizenship and Immigration Services;<br>ROBERT S. MUELLER, Director of Federal Bureau of Investigation;<br>ALBERTO R. GONZALES, United States Attorney General,<br><br>            Defendants. | No. C 07-0277 JF<br><br>**STIPULATION TO EXTEND DATE OF HEARING ON DEFENDANTS' MOTION TO DISMISS AND THE CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

    The plaintiff, proceeding *pro se*, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following:

    1. The plaintiff filed an action on January 17, 2007, asking this Court to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate his I-485 application for adjustment of status.

    2. The defendants have filed a motion to dismiss, and a hearing on the motion is scheduled for June 29, 2007.

STIPULATION TO EXTEND DATE OF CMC
C07-0277 JF                   1

1    3.  The case management conference is also scheduled for June 29, 2007.

2    4.  Although the plaintiff's opposition to the defendants' motion to dismiss was due on June 8, 2007, he neglected to file his opposition by that deadline.

4    5.  The parties agree that plaintiff shall have until August 3, 2007, to file his opposition, if any, to the defendants' motion to dismiss.

6    6.   The defendants shall file any reply by August 17, 2007.

7    7.  The parties respectfully ask this Court to re-schedule the hearing date on defendants' motion to dismiss, as well as the case management conference, on August 31, 2007, at 9:00 a.m.

Dated:  June 20, 2007                     /s/
                                         CHENG HUANG
                                         Pro Se


Dated:  June 20, 2007                     SCOTT N. SCHOOLS
                                         United States Attorney

                                          /s/
                                         EDWARD A. OLSEN
                                         Assistant United States Attorney
                                         Attorney for Defendants


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the hearing on defendants' motion to dismiss, as well as the Case Management Conference, be continued to August 31, at 9:00 a.m.

Dated:  August 31, 2007

                                         JEREMY FOGEL
                                         United States District Judge


STIPULATION TO EXTEND DATE OF CMC
C07-0277 JF                              2