**E-filed 9/5/07**

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12 CHENG HUANG,                        )
                                       ) No. C 07-0277 JF
13            Plaintiff,               )
                                       )
14     v.                              )
                                       )
15 MICHAEL CHERTOFF, Secretary of the  ) **STIPULATION TO VACATE CASE**
   Department of Homeland Security;    ) **MANAGEMENT CONFERENCE AND**
16 EMILIO T. GONZALEZ, Director of     ) **BRIEFING SCHEDULE; AND**
   U.S. Citizenship and Immigration Services; ) **[PROPOSED] ORDER**
17 ROBERT DIVINE, Acting Deputy Director of )
   U.S. Citizenship and Immigration Services; ) Date: August 31, 2007
18 ROBERT S. MUELLER, Director of      ) Time: 10:30 a.m.
   Federal Bureau of Investigation;    )
19 ALBERTO R. GONZALES, United States  )
   Attorney General,                   )
20                                     )
              Defendants.               )
21 _____

22     The plaintiff, proceeding *pro se*, and defendants, by and through their attorneys of record,

23 hereby stipulate, subject to approval of the Court, to the following:

24     1. The plaintiff filed an action on January 17, 2007, asking this Court to direct the United

25 States Citizenship and Immigration Services (USCIS) to adjudicate his I-485 application for

26 adjustment of status.

27     2. On June 25, 2007, this Court denied the government's motion to dismiss the plaintiff's

28 action.

STIPULATION TO VACATE CMC AND BRIEFING SCHEDULE
C07-0277 JF                                    1

1    3. The case management conference is scheduled for August 31, 2007.

2    4. The USCIS has recently agreed to ask the FBI to expedite the processing of the plaintiff's
3    FBI name check, which has delayed adjudication by USCIS of the plaintiff's I-485 application.

4    5. In light of the reasonable possibility that this case may be administratively resolved within
5    the next 45 days, the parties respectfully ask this Court to vacate the case management conference,
6    currently scheduled for August 31, 2007, at 10:30 a.m., and to vacate the briefing schedule on the
7    parties' cross-motions for summary judgment that is set forth in the parties' joint case
8    management statement.

9    6. If this case is not administratively resolved in the next 45 days, the parties will file a status
10   report with this Court and ask this Court to re-schedule a case management conference.

12   Dated: August 31, 2007                              /s/
                                                         CHENG HUANG
13                                                       Pro Se

15   Dated: August 31, 2007                              SCOTT N. SCHOOLS
                                                         United States Attorney

17                                                       /s/
                                                         EDWARD A. OLSEN
18                                                       Assistant United States Attorney
                                                         Attorney for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the case management conference and the briefing schedule on the parties' cross-motions for summary judgment which is set forth in the parties' joint case management statement, are vacated.

Dated:  August 31, 2007

_____
JEREMY FOGEL
United States District Judge

STIPULATION TO VACATE CMC AND BRIEFING SCHEDULE
C07-0277 JF                                              2