**E-filed 10/12/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHENG HUANG, | ) No. C 07-0277 JF |
| Plaintiff, | ) |
| v. | ) **STIPULATION TO DISMISS AND** |
| | ) **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; ROBERT DIVINE, Acting Deputy Director of U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation; ALBERTO R. GONZALES, United States Attorney General, | ) |
| Defendants. | ) |

Plaintiff, appearing *pro se*, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-0277 JF                                         1

1  Dated: October 10, 2007

EDWARD A. OLSEN
Assistant United States Attorney
Attorney for Defendants

4  Dated: October 10, 2007

CHENG HUANG
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  10/12/07

JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C07-0277 JF                                2